**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7114**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LINDA TAYLOR, a/k/a Jipsey Kuszmaul, a/k/a
Lindalee Marie Kuzma, a/k/a Lindalee Marie
Taylor,

Defendant - Appellant.

---

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  W. Craig Broadwater,
District Judge.  (CR-99-29, CA-01-28-3)

---

Submitted:  November 29, 2001        Decided:  December 5, 2001

---

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Linda Taylor, Appellant Pro Se.  Thomas Oliver Mucklow, Assistant
United States Attorney, Martinsburg, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Linda Taylor appeals from the denial of her Fed. R. Civ. P. 60(b) motion, which sought reconsideration of the denial of her 28 U.S.C.A. § 2255 (West Supp. 2001) motion as untimely. We find that Taylor's untimely and conclusory allegations of illness are insufficient to equitably toll the statute of limitations. See Harris v. Hutchinson, 209 F.3d 325, 330 (4th Cir. 2000) (holding that movant must show extraordinary circumstances before equitable tolling will apply). Accordingly, we deny a certificate of appealability, deny permission to proceed in forma pauperis, and dismiss the appeal. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED